LEONORA Z. JOHNSON ET AL. v. FREDERICK HUBBARD.

FILED JUNE 18, 1895.    No. 6003.

Mortgage Foreclosure: CONFIRMATION OF SALE: REVIEW.
Following the decision in the case of *Johnson v. Thorpe*, 45 Neb., 347, the decree or order of confirmation in this case is affirmed.

ERROR from the district court of Douglas county. Tried below before IRVINE, J.

*L. D. Holmes,* for plaintiffs in error.

*Isaac Adams, contra.*

HARRISON, J.

This case in the points argued and presented for adjudication and the facts and incidents connected with them as disclosed by the record do not differ in any material instance from those involved in the case of *Johnson v. Thorpe,* 45 Neb., 347, and following the decision in that case, filed of this date, the decree or order in this is

AFFIRMED.

IRVINE, C., not sitting.